IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



ROBERT LEE WINFIELD, JR.

    Petitioner,

v.                                Civil Action No. 3:14CV172

ERIC D. WILSON,

    Respondent.

**FINAL ORDER**

In accordance with the accompanying Memorandum Opinion, it is ordered that:

1. Winfield's Objections (ECF No. 13) are overruled;
2. The Report and Recommendation is accepted and adopted;
3. The Motion to Dismiss (ECF No. 6) is granted;
4. Winfield's claims and the action are dismissed; and,
5. The Court denies a certificate of appealability.

Should Winfield desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send a copy of the Final Order to Winfield and counsel of record.

It is so ORDERED.

                                        /s/    REP
                                Robert E. Payne
Date: March 2, 2015    Senior United States District Judge
Richmond, Virginia